ENGLANDER COMPANY, INC., a Delaware Corporation, Respondent, *v.* SOL TISHLER, Individually and as President of Bedding, Curtain & Drapery Workers Union, Local 140, C.I.O., et al., Appellants.

Submitted January 9, 1956; decided January 12, 1956.

*Victor Rabinowitz* for motion.

*James P. Durante* opposed.

Motion for leave to appeal dismissed, with $10 costs, upon the ground that the order sought to be appealed from does not finally determine the matter within the meaning of the Constitution.